UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES,<br><br>                    Plaintiff,<br><br>-against-<br><br>SONOMA COUNTY,<br><br>                    Defendant | Case No. 15-MISC-191<br><br>SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES' AMENDED NOTICE OF MOTION AND MOTION TO COMPEL TOWERS WATSON TO PRODUCE DOCUMENTS IN COMPLIANCE WITH SUBPOENA<br><br>Date: Aug. 4, 2015<br>Time: 11 a.m. |

## AMENDED NOTICE OF MOTION AND MOTION

Please take notice that the Sonoma County Association of Retired Employees ("SCARE") will and hereby does move for an order granting its Motion to Compel Towers Watson to Produce Documents in Compliance with Subpoena pursuant to Federal Rule of Civil Procedure 45(d)(2)(b)(i). This Court has jurisdiction over this dispute as compliance with the subpoena at issue is required in the Southern District of New York. In support of this Motion, SCARE will rely upon the Memorandum of Points and Authorities filed July 2, 2015, the Declaration of Genevieve Casey and attached exhibits filed with the Memorandum of Points and Authorities July 2, 2015, the complete file in *Sonoma County Association of Retired Employees v. Sonoma County*, No. 09-4432 CW (N.D. Cal.), and any other written or oral argument as may be requested or permitted by the Court pursuant to Local Civil Rule 6.1(c). Should the Court require oral argument, the return date requested is Tuesday, August 4, 2015 at 11 a.m.

//
//
//
//
//
//

1

Dated: July 7, 2015

Respectfully submitted,

By: _____
Bill Lann Lee
LEWIS, FEINBERG,
LEE & JACKSON, P.C.
476 9th Street
Oakland, CA 94607-4048

*Attorneys for Plaintiff*